### KENNEDY v. STATE. (1 Div. 467.)

(Court of Appeals of Alabama. May 29, 1923.)

**Criminal law ⊕⇒1090(16)—Motion for new trial must be shown by bill of exceptions.**

In absence of a bill of exceptions incorporating the motion for new trial, the action of the court in overruling the motion and exceptions thereto cannot be considered.

Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge.

James Kennedy was convicted of assault and battery, and appeals. Affirmed.

E. J. Grove, of Mobile, for appellant.

No brief reached the Reporter.

Harwell G. Davis, Atty. Gen., for the State.

No brief reached the Reporter.

SAMFORD, J. The record contains a motion for new trial, a judgment overruling the motion, in which judgment it is noted that defendant excepts to the action of the court in overruling the motion, but there is no bill of exceptions. In the absence of a bill of exceptions, incorporating the motion for new trial, the action of the court in overruling the motion and exception thereto, this court cannot consider the question. Birmingham W. W. Co. v. Justice, 204 Ala. 547, 86 South. 389; Powell v. Folmar, 201 Ala. 271, 78 South. 47; Crawley v. State, 16 Ala. App. 545, 79 South. 804.

There is no error in the record, and the judgment is affirmed.

Affirmed.